SEALED

1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America



**FILED**

NOV 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW-753-KJN |
|---|---|
| THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS 707-623-4641 AND 707-703-8558. | [PROPOSED] ORDER DELAYING NOTICE **UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the conspiracy of the parties named in the affidavit supporting the application and order, signed November 3, 2016, which authorized agents of the FBI to ascertain the physical location of the MetroPCS cellular telephones currently assigned numbers 707-623-4641 and 707-703-8558, including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the phone numbers (the "Requested Information"), for a period of thirty days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for ninety days from the date of this Order.

///

///

///

ORDER DELAYING NOTICE                                 1

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: Nov. 30, 2016

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE